IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIDGET M. SIEVERT,

        Plaintiff,

vs.                                     Civil Action 2:12-CV-257
                                         Judge Smith
                                         Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

On February 4, 2013, the United States Magistrate Judge recommended that the decision of the Commissioner of Social Security be affirmed and that this action be dismissed. *Report and Recommendation*, Doc. No. 23, 2013. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 23, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                        *s/George C. Smith*
                                                George C. Smith, Judge
                                                United States District Court